Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 12−22433−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alina B Bertram
   11 Starboard Way
   Waretown, NJ 08758

Social Security No.:
   xxx−xx−0585

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/3/19 at 09:00 AM

to consider and act upon the following:

*74* − Motion to Reopen Case re: File Form B23 Cert of Debt Ed. Fee Amount &#036 235. Filed by Kevin S. Quinlan on behalf of Alina B Bertram. Hearing scheduled for 12/3/2019 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification of Debtor # 2 Exhibit Form 423 and Cert of Debt Ed # 3 Proposed Order # 4 Certificate of Service) (Quinlan, Kevin)

Dated: 11/12/19

                                           Jeanne Naughton
                                           Clerk, U.S. Bankruptcy Court