Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−22433−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alina B Bertram
   11 Starboard Way
   Waretown, NJ 08758

Social Security No.:
   xxx−xx−0585

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/3/19 at 09:00 AM

to consider and act upon the following:

*74* – Motion to Reopen Case re: File Form B23 Cert of Debt Ed. Fee Amount &#036 235. Filed by Kevin S. Quinlan on behalf of Alina B Bertram. Hearing scheduled for 12/3/2019 at 09:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Certification of Debtor # 2 Exhibit Form 423 and Cert of Debt Ed # 3 Proposed Order # 4 Certificate of Service) (Quinlan, Kevin)

Dated: 11/12/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Alina B Bertram
    Debtor

Case No. 12-22433-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 12, 2019
                   Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db            +Alina B Bertram,    11 Starboard Way,    Waretown, NJ 08758-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
            bkgroup@kmllawgroup.com
           John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
            Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
            Services, Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
           Kevin S. Quinlan    on behalf of Debtor Alina B Bertram ksqesqct@comcast.net,
            ksqesqct@gmail.com;r55119@notify.bestcase.com
           Mark S. Kancher    on behalf of Creditor    Sun National Bank mkancher@kancherlawfirm.com,
            rkennedy@kancherlawfirm.com
                                                                                                                      TOTAL: 6